IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Kevin Sroga,

Plaintiff(s),

v.

City of Chicago,

Defendant(s).

Case No. 19 C 1814
Judge Ronald A. Guzman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court denies plaintiff's application for leave to proceed in forma pauperis, and dismisses the case.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Ronald A. Guzman on a motion.

Date: 3/20/2019                                       Thomas G. Bruton, Clerk of Court

                                                      /s/Imelda Saccomonto, Deputy Clerk